IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DISTRICT

UNITED STATES OF AMERICA                               PLAINTIFF/RESPONDENT

v.          Civil No.      5:07-CV-05103-JLH
            Criminal No.   5:01-CR-50019-JLH

ROBERT CARL BARBER                                     DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the Federal Correctional Institution in Texarkana Arkansas, has filed a Motion Under 28 U.S.C. Section 2255 for review by this court (Doc. 23). Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 11th day of June 2007.

/s/ J. Marschewski
Hon. James R. Marschewski
United State Magistrate Judge