IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**United States of America**                                                                                      **Respondent**

**v.**                                        **Civil No. 07-5103**
                                           **Criminal No. 01-50019**

**Robert Barber**                                                                                  **Defendant/Petitioner**

## O R D E R

Now on this 22nd day of October 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #28, filed September 7, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Motion to Vacate, Set Aside, or Correct Sentence (document #22, filed June 5, 2007) is hereby **dismissed**.

**IT IS SO ORDERED.**

                                                            /s/Jimm Larry Hendren
                                                            HON. JIMM LARRY HENDREN
                                                            UNITED STATES DISTRICT JUDGE